UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SOUTHERN-OWNERS INSURANCE
COMPANY,

    Plaintiff,

v.                                                  Case No: 8:20-cv-1793-T-36JSS

JAMES K. HAFKE ASSOCIATES, LLC,

    Defendant.
_____/

## **O R D E R**

    Before the Court is Plaintiff's Notice of Dismissal (Doc. 11). In accord with the Notice of Dismissal, it is **ORDERED AND ADJUDGED** as follows:

    1)    Plaintiff's Notice of Dismissal is **APPROVED** (Doc. 11).

    2)    This cause is dismissed, without prejudice.

    3)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

    **DONE AND ORDERED** in Tampa, Florida on October 2, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record